# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Cindy Marie Newton<br>*Plaintiff*<br>v.<br>Andrew Saul,<br>Acting Commissioner of Social Security<br>Administration<br>*Defendant* | )<br>)<br>)  Civil Action No.  9:18-1608-CMC<br>)<br>)<br>) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus post judgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: The decision of the Commissioner is affirmed.


This action was *(check one)*:
☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable Cameron McGowan Currie, United States District Judge.


Date:  August 09, 2019                                  *CLERK OF COURT*


                                                         _____
                                                         s/Chelsea Pegram-Conner
                                                         *Signature of Clerk or Deputy Clerk*